

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Fraccionadora y Urbanizadora de Juarez, S.A. de C.V., Inmobiliaria y Constructor Berza, S.A. de C.V., Aeroservicios de Viaje, S.A. de C.V., Abba-Farma, S.A. de C.V. and Juan Carlos Bermudez Espinosa/Claudia Patricia Zaragoza Delgado, | § § § § § | No. 08-16-00046-CV<br><br>Appeal from the<br><br>388th District Court<br><br>of El Paso County, Texas |
| Appellants, | § § | (TC# 2013DCM2366) |
| v. | § | |
| Claudia Patricia Zaragoza Delgado/Fraccionadora y Urbanizadora de Juarez, S.A. de C.V., Inmobiliaria y Constructor Berza, S.A. de C.V., Aeroservicios de Viaje, S.A. de C.V., Abba-Farma, S.A. de C.V. and Juan Carlos Bermudez Espinosa, | § § § § § | |
| Appellees. | § | |

## O R D E R

The Court GRANTS the Appellants Fraccionadora y Urbanizadora de Juarez, S.A. de C.V., Inmobiliaria y Constructor Berza, S.A. de C.V., Aeroservicios de Viaje, S.A. de C.V., Abba-Farma, S.A. de C.V.'s third motion for extension of time within which to file the brief until **November 18, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE BRIEF OF APPELLANTS WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Richard Deck, the attorney for Appellants Fraccionadora y Urbanizadora de Juarez, S.A. de C.V., Inmobiliaria y Constructor Berza, S.A. de C.V., Aeroservicios de Viaje, S.A. de C.V., Abba-Farma, S.A. de C.V.'s , prepare the brief for Appellants Fraccionadora y Urbanizadora de Juarez, S.A. de C.V., Inmobiliaria y Constructor Berza, S.A. de C.V., Aeroservicios de Viaje, S.A. de C.V., Abba-Farma, S.A. de C.V.'s and forward the same to this Court on or before November 18, 2016.

IT IS SO ORDERED this 17th day of October, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.